UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON BURRISON, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FLOATME, CORP.,<br><br>                Defendant. | Case No. 1:25-cv-10885<br><br>**DEFENDANT FLOATME CORP.'S MOTION TO STRIKE PLAINTIFF'S OCTOBER 7, 2025 NOTICE OF SUPPLEMENTAL AUTHORITY (DKT. 37)** |

**DEFENDANT FLOATME CORP.'S MOTION TO STRIKE
PLAINTIFF'S OCTOBER 7, 2025 NOTICE OF SUPPLEMENTAL AUTHORITY**

      Defendant FloatMe Corp. ("FloatMe"), by and through undersigned counsel, moves to strike Plaintiff Aaron Burrison's ("Plaintiff") Notice of Supplemental Authority ("Notice"), filed on October 7, 2025.  Dkt. 37, 37-1.  FloatMe objects to the Notice on the same grounds as previously set forth in FloatMe's Motion to Strike Plaintiff's September 9, 2025 Notice of Supplemental Authority.  Dkt. 34.  Accordingly, FloatMe requests that the Court disregard new arguments raised for the first time in Plaintiff's Notice and strike the entirety of the Notice as impermissible legal argument.

|  |  |
|---|---|
|  | FLOATME, CORP. |
|  | By its attorneys, |
|  | */s/ Matthew C. Moschella*<br>Matthew C. Moschella BBO #653885<br>Eyal Schwartz BBO #713644<br>SHERIN AND LODGEN LLP<br>One Lincoln Street, 14th Floor<br>Boston, Massachusetts 02111<br>(617) 646-2000<br>mcmoschella@sherin.com<br>eschwartz@sherin.com |
|  | V. Amanda Witts (*pro hac vice*)<br>Arielle Stephenson (*pro hac vice*)<br>MITCHELL SANDLER PLLC<br>2020 K Street NW, Suite 760<br>Washington, D.C. 20006 |
| Dated: October 24, 2025 | (202) 886-5292 |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: October 24, 2025                    */s/ Matthew C. Moschella*
                                            Matthew C. Moschella

- 2 -

4920-9431-7685.v1