UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON BURRISON, individually, and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>FLOATME, CORP.,<br><br>**Defendant.** | CASE NO.: 1:25-cv-10885-DJC<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

## RESPONSE IN OPPOSITION TO MOTION TO STRIKE

On October 7, 2025, Plaintiff filed a Notice of Supplemental Authority notifying this Court of an Order from the Northern District of California denying a Motion to Compel Arbitration of a MLA claim materially similar to the MLA claim brought here. *See* ECF No. 37, 37-1, *Vickery v. Empower Finance, Inc.*, No. 3:25-cv-03675-JSC (N.D. Cal. Oct. 7, 2025), available at 2025 U.S. Dist. LEXIS 198834, 2025 WL 2841686. On October 24, 2025, Defendant filed a Motion to Strike Plaintiff's October 7, 2025, Notice of Supplemental Authority. ECF No. 38. Because Defendant's Motion reincorporates arguments previously rebutted by Plaintiff (*id.*), Plaintiff opposes the Motion on the same grounds set out in the Response in Opposiiton to Motion to Strike filed at ECF No. 36.

Plaintiff PO Burrison respectfully requests the Court deny the Motion to Strike.

Dated: November 6, 2025     Respectfully submitted,

*/s/Joshua R. Jacobson*
Joshua Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com

1

JACOBSON PHILLIPS, PLLC
2277 Lee Road, Ste. B
Winter Park, FL 32789
Phone: (321) 447-6461

John Roddy (BBO # 424240)
jroddy@baileyglasser.com
BAILEY & GLASSER LLP
101 Arch Street, 8th Floor
Boston, MA 02110
617.439.6730
617.951.3954 fax

Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72207
Phone: (501) 312-8500

*Attorneys for Plaintiff Aaron Burrison
and the Proposed Classes*

2